McClung Drug Company, appellant,

*v.*

City Realty and Investment Company et al., respondents.

[Decided October 21st, 1920.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Backes, whose opinion is reported in *91 N. J. Eq. 276.*

*Messrs. Wight, Wight & Golenbock,* for the appellant.

*Mr. Thomas Brown* and *Mr. Leo Goldberger,* for the respondents.

Per Curiam.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Backes.

*For affirmance*—The Chief-Justice, Swayze, Trenchard, Parker, Bergen, Minturn, Kalisch, Black, Katzenbach, White, Williams, Taylor, Gardner, Ackerson—14.

*For reversal*—None